

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-15-2007

# Walker v. Zenk

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-3298

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Walker v. Zenk" (2007). *2007 Decisions.* Paper 1623.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1623

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 03-3298
_____

JEFFREY A. WALKER,

Appellant

v.

MICHAEL A. ZENK; K. BITTENBENDER;
DAVID M. RARDIN; KATHLEEN HAWK-SAWYER;
SANCHEZ; LITCHARD; GEORGE WATSON;
TERRY BAM; ROBIN GREGG

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 01-cv-01644)
District Judge:  Honorable John E. Jones, III

_____

Submitted Under Third Circuit LAR 34.1(a)
June 12, 2006

Before:  FISHER, GREENBERG and LOURIE,[*] *Circuit Judges*.

(Filed:  February 15, 2007)
_____

OPINION OF THE COURT
_____

FISHER, *Circuit Judge*.

---

[*]The Honorable Alan D. Lourie, United States Circuit Judge for the Federal
Circuit, sitting by designation.

Jeffrey A. Walker appeals from the District Court's dismissal of his Complaint. The Complaint included *Bivens* claims under the First, Fifth, and Eighth Amendments. The District Court dismissed the Complaint because it determined that the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), required total exhaustion of administrative remedies, and Walker had not exhausted all of his administrative remedies for all of his claims. We held this case *c.a.v.* pending the Supreme Court's decision in *Jones v. Bock*, -- U.S.--, 2007 WL 135890 (Jan. 22, 2007).

In *Jones*, the Supreme Court addressed whether the PLRA required total exhaustion of administrative remedies as to all claims. *Id.* at *13-16. The Supreme Court held that an inmate's complaint under the PLRA should not be dismissed when the inmate exhausted his administrative remedies for some of his claims, but not all. *Id.* According to *Jones*, the District Court should have considered the claims that were exhausted, and dismissed only the unexhausted claims. Therefore, we will vacate the District Court's decision and remand for proceedings consistent with *Jones*.